EDWARD J. FARRELL, Appellant, v. MASSAPEQUA HOLDING CORPORATION, Respondent, and Another, Defendant.— Motion for reargument denied, with

ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.